IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHERINE VESCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, UBER USA, LLC, SOULEYMANE NIANGO (sp), ANDREW QUINTANA (sp),<br><br>　　　　Defendant. | Civil Action No.: 2:17-cv-07330<br><br>Filed Electronically<br><br>**NOTICE OF REMOVAL** |

TO:　THE HONORABLE JUDGES OF THE
　　　UNITED STATES DISTRICT COURT
　　　FOR THE DISTRICT OF NEW JERSEY

　　　Defendants Uber Technologies, Inc., Rasier, LLC, Uber USA, LLC, (collectively, "Uber"), by and through its attorneys, Gordon & Rees LLP, respectfully states as follows:

　　　1.　　Plaintiff Katherine Vesce ("Plaintiff") commenced the above-captioned action on or about August 18, 2017, by filing a Complaint in the Superior Court of New Jersey, Law Division, Hudson County, captioned as *Katherine Vesce v. Uber Technologies, Inc., et al.*, Docket No. HUD-L-003329-17.

　　　2.　　Said action is now pending in that court.

　　　3.　　The Complaint was served on Defendants on or about August 23, 2017.

　　　4.　　A copy of the Summons and Complaint are attached hereto as **<u>Exhibit A</u>**.

　　　5.　　This Court has jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332, in that:

　　　　　　a.　　Defendant Uber Technologies, Inc., as alleged on the face of the Complaint, is a Delaware Corporation, with its principal place of business and main office in California (Cmp. ¶ 11);

    b.    Defendant Rasier, LLC, as alleged on the face of the Complaint, is a foreign limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business and main office in California (Cmp. ¶ 12);

    c.    Defendant Uber USA, LLC, as alleged on the face of the Complaint, is a foreign limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business and main office in California (Cmp. ¶ 13);

    d.    Defendant Souleymane Niango is an individual that resides in New York.

    e.    Defendant Andrew Quintana is an individual that resides in New Jersey.

    f.    Plaintiff, as alleged on the face of the Complaint, is "an individual residing at 1881 Oak Avenue, Evanston, Illinois" (Cmp. ¶ 10); and

    g.    Plaintiff alleges multiple negligence-based causes of action arising from a vehicular accident and claims damages that are likely to, in good faith, exceed $75,000.00.

6.    Accordingly, the amount in controversy will likely, in good faith, exceed the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. This Court, therefore, has diversity jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332 and the case may properly be removed to this Court pursuant to 28 U.S.C. § 1441.

7.    This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

8.    Upon the filing of this Notice of Removal, Uber shall give written notice thereof to Plaintiff's counsel and Uber shall file copies of said Notice and Notice of Filing of Removal with the Court Clerk, Superior Court of New Jersey, Law Division, Hudson County.

9. By filing this notice, Uber does not waive any defenses which may be available to it, including, but not limited to, improper service and the absence of venue in this Court or in the Court from which this action has been removed.

10. All Defendants who have appeared hereby consent to the removal of the instant action.

WHEREFORE, Uber respectfully requests that the Court remove the above-captioned action now pending in the Superior Court of New Jersey, Law Division, Hudson County, to the United States District Court for the District of New Jersey, wherein it shall proceed as an action originally commenced therein.

Respectfully Submitted,

*/s/ Peter G. Siachos*
Peter G. Siachos
Eric T. Evans

GORDON & REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, New Jersey  07932
Tel: (973) 549-2500
Fax: (973) 377-1911
e-mail: psiachos@gordonrees.com

*Attorneys for Defendants Uber Technologies, Inc., Rasier, LLC and Uber USA, LLC*

Dated: September 21, 2017