

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHERINE VESCE, <br><br> Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., RASIER, LLC, UBER USA, LLC, SOULEYMANE NIANGO (sp), ANDREW QUINTANA (sp), <br><br> Defendant. | Civil Action No.: 2:17-cv-07330 (ES) <br><br> Filed Electronically <br><br> **CONSENT ORDER** |

As Defendants Uber Technologies, Inc., Rasier, LLC and Uber USA, LLC. ("Defendants") have moved to remove this matter to federal court and after Plaintiff and Defendants, through their counsel, have resolved to the jurisdictional issues of this case, Plaintiff and Defendants hereby consent to a remand of this case to Superior Court of New Jersey, Law Division, Hudson County. It is, therefore,

**ORDERED, ADJUDGED, AND DECREED** that this matter is hereby remanded to the Superior Court of New Jersey, Law Division, Hudson County.

_____
Esther Salas, U.S.D.J.

Dated: October 17, 2017

**WE CONSENT:**

MCOMBER & MCOMBER, P.C.
*Attorneys for Plaintiff*

By: _s/Matthew Luber_
    Matthew A. Luber, Esq.

30 South Maple Ave., Suite 201
Marlton, New Jersey 08053
Tel: (856) 985-9800

Dated: October 16, 2017

GORDON & REES LLP
*Attorneys for Defendants Uber Technologies Inc., Rasier, LLC and Uber USA, LLC.*

By: _s/Eric Evans_
    Eric Evans, Esq.

18 Columbia Turnpike, Suite 220
Florham Park, New Jersey 07932
Tel: (973) 549-2500